SALVATORE SCIANDRA, Bar No. 52856
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, CA 93721
Telephone: 559.233.1000
Facsimile: 559.233.6044

Attorney for Defendant, JOHN JANESKI

FILED

2005 JUN -9 A 9: 04

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO

BY_____
                  DY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: CR-F-04-5105 AWI |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER EXTENDING SURRENDER DATE** |
| JOHN JANESKI, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between JOHN JANESKI by and through his attorney, Salvatore Sciandra and the United States by and through its attorney Jonathan Conklin, that because Mr. JANESKI is working in cooperation with Agent Mike Prado, U.S. Customs, Homeland Security in recovering computer hardware and data files containing extensive personal, medical and household information from defendant's computer. Therefore, the date set for the defendant to report to the United States Marshall or the designated institution to commence serving his sentence, is extended from Friday, June 10, 2005 to Friday, June 24, 2005.

Respectfully submitted,

DATED: June 8, 2005

/s/ Salvatore Sciandra
SALVATORE SCIANDRA
Attorney for Defendant,
JOHN JANESKI

///

///

1 / / /

2 / / /

3 / / /

4 DATED: June 8, 2005

/s/ Jonathan B. Conklin
JONATHAN B. CONKLIN
Assistant United States Attorney

This was agreed to with Mr. Conklin via telephone on 6/7/05.

7 / / /

8 / / /

## ORDER

**IT IS SO ORDERED.**

DATED: June 9, 2005

HONORABLE ANTHONY W. ISHII
United States District Court Judge,
Eastern District of California